IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LODGED
ENTERED
RECEIVED

MAR 1 1 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND

DEPUTY

| | | |
|---|---|---|
| ARCAP, LC, et al., | : | |
| Plaintiffs | : | BY |
| | : | |
| v. | : | CIVIL NO. AMD 02-559 |
| | : | |
| THE CARLYLE GROUP, INC., et al., | : | |
| Defendants | : | |

...o0o...

ORDER

Under Federal Rule of Civil Procedure 56(a), a plaintiff may not file a motion for summary judgment, *inter alia*, earlier than "20 days from the commencement of the action . . . ." The plaintiffs in this case filed their "Motion for Partial Summary Judgment" at the same time they instituted this action.

Accordingly, it is this 11th day of March, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)    That the motion for partial summary judgment is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(2)    That the Clerk of the Court TRANSMIT copies of this Order to all counsel and unrepresented parties.

ANDRE M. DAVIS
United States District Judge