IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARCAP, LC et al., | * | |
| Plaintiffs, | * | |
| V. | * | Civil Action No. AMD 02 CV 559 |
| THE CARLYLE GROUP, INC. et al., | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \*   \* \* \* \* \* \*

## STIPULATION

Plaintiffs, Arcap, LC and Richard B. Kellam, Jr. and Defendants, The Carlyle Group Inc., Ronald H. Singer and R.R. & D Associates Limited Partnership, by their undersigned counsel, hereby stipulate and agree that the time in which Defendants must respond to the Verified Complaint ~~and Motion for Partial Summary Judgment~~ filed herein shall be extended through and including April 26, 2002.

_____
James D. Mathias (Federal Bar No. 06514)
James H. West (Federal Bar No. 25773)
Piper Marbury Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Plaintiffs

_____
Benjamin Rosenberg (Federal Bar No. 00263)
Thomas W. Jones, Jr.
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building, 25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Defendants

**SO ORDERED**, this 11th day of March, 2002.

_____
Andre M. Davis
United States District Judge

155457.01