IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARCAP, LC et al., | * | |
| Plaintiffs, | * | |
| V. | * | Civil Action No. AMD 02 CV 559 |
| THE CARLYLE GROUP, INC. et al., | * | |
| Defendants | * | |
| | * | |

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 0 6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\*    \*    \*    \*    \*    \*         \*    \*    \*    \*    \*    \*

**STIPULATION**

Plaintiffs, Arcap, LC and Richard B. Kellam, Jr. and Defendants, The Carlyle Group Inc.,

Ronald H. Singer and R.R. & D Associates Limited Partnership, by their undersigned counsel, hereby

stipulate and agree that the time in which Defendants must respond to the Verified Complaint and

Motion for Partial Summary Judgment filed herein shall be extended through and including May 27,

2002.

James D. Mathias (Federal Bar No. 06311)
James H. West (Federal Bar No. 25773)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Plaintiffs

Benjamin Rosenberg (Federal Bar No. 00263)
Thomas W. Jones, Jr.
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building, 25 S. Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Defendants

**SO ORDERED**, this ____ day of May, 2002.

Andre M. Davis
United States District Judge

