IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARCAP, LC, et al.

        Plaintiffs

v.

THE CARLYLE GROUP, INC., et al

        Defendants

Civil Action No. AMD 02-559

## ORDER

Upon consideration of the Motion for Partial Summary Judgment filed by plaintiffs ARCAP, LC and Richard B. Kellam, Jr., and any opposition thereto, it is this 12th day of July, 2002,

**ORDERED** that plaintiffs' Motion for Partial Summary Judgment is hereby DENIED AS MOOT

[remainder redacted]

Andre M. Davis
U.S. District Judge